Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−15223−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Zajac
   52 Roosevelt St
   Freehold, NJ 07728−7751

Social Security No.:
   xxx−xx−5855

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      8/8/17
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Kurt E. Reinheimer

COMMISSION OR FEES
Fees: $1400.00

EXPENSES
$45.00

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 6, 2017
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-15223-MBK
Susan Zajac                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Jul 06, 2017
                              Form ID: 137             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
db              Susan Zajac,    52 Roosevelt St,    Freehold, NJ   07728-7751
cr             +Santander Bank NA,    c/o Loren L. Speziale, Esq.,    33 S. 7th Street,
                 Allentown, PA 18101-2436
516707144       Assistant Attorney General,    555 4th St NW Rm 6126,    Washington, DC 20001-2733
516707146       Citi Cards,    PO Box 9001037,   Louisville, KY 40290-1037
516707150       Lexus Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
516707151       Macys Stars Reward,    Attn: Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
516707152       Marriott Rewards,    PO Box 1423,   Charlotte, NC 28201-1423
516707153       Nicole Zajac,    78 Mermaid Dr,   Manahawkin, NJ 08050-1853
516707154       Richard Zajac,    52 Roosevelt St,    Freehold, NJ 07728-7751
516707155       Santander Bank,    PO Box 961245,   Fort Worth, TX 76161-0244
516781402      +Santander Bank, N.A.,    c/o Loren Speziale,    33 S. Seventh Street,    Allentown, PA 18101-2436
516707156       Sears,   PO Box 6286,    Sioux Falls, SD 57117-6286
516921130       US Attorney's Office,    970 Broad St Rm 700,    Newark, NJ 07102-2534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2017 22:58:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2017 22:58:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516707145       E-mail/Text: bk.notifications@jpmchase.com Jul 06 2017 22:58:00      Chase Auto Finance,
                 PO Box 901076,    Fort Worth, TX 76101-2076
516722236       E-mail/Text: cio.bncmail@irs.gov Jul 06 2017 22:57:41     Dept. of the Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516790789       E-mail/Text: bankruptcy.bnc@ditech.com Jul 06 2017 22:57:55
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516707147       E-mail/Text: bankruptcy.bnc@ditech.com Jul 06 2017 22:57:55     Ditech Financial, LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
516905010       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 06 2017 22:55:11
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516783451      +E-mail/Text: n.miller@santander.us Jul 06 2017 22:59:02     Santander Bank, N.A.,
                 601 Penn Street, 10-6438-FB7,    Reading, PA 19601-3544
516707157       E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2017 22:58:13     U.S. Attorney's Office,
                 970 Broad St Rm 700,    Newark, NJ 07102-2534
516866022      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 06 2017 23:03:13      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516921131*      Assistant Attorney General,    555 4th St NW Rm 6126,    Washington, DC 20001-2733
516921129*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   IRS,    955 S Springfield Ave,    Springfield, NJ 07081-3570)
516707149*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   IRS,    PO Box 21126,   Philadelphia, PA 19114-0326)
516921128*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   IRS,    PO Box 21126,   Philadelphia, PA 19114-0326)
516707148*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    955 S Springfield Ave,
                 Springfield, NJ 07081-3570)
                                                                                TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 06, 2017
                              Form ID: 137             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kurt E. Reinheimer    on behalf of Debtor Susan  Zajac kerrein66@comcast.net
              Loren L. Speziale    on behalf of Creditor    Santander Bank NA lspeziale@grossmcginley.com,
               jkacsur@grossmcginley.com;epellegrino@grossmcginley.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```