| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Ditech Financial LLC | **Order Filed on August 21, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Susan Zajac,<br><br>Debtor. | Case No.: 17-15223-MBK<br>Adv. No.:<br>Hearing Date: 8/8/2017 @ 10:00 a.m.<br><br>Judge: Michael B. Kaplan |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: August 21, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:      Susan Zajac
Case No.:    17-15223-MBK
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Ditech Financial, holder of a mortgage on real property located at 52 Roosevelt Street, Freehold, NJ 07728, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Kurt Reinheimer, Esquire, attorney for Debtor, Susan Zajac, and for good cause having been shown;

It is **ORDERED, ADJUDGED and DECREED** that the post-petition payment made on March 27, 2017 shall be applied to the payment due March 1, 2017, thereby reducing the pre-petition arrearage; and

It is further **ORDERED, ADJUDGED and DECREED** that said application of payment will not be deemed a violation of the automatic stay; and

It is further **ORDERED, ADJUDGED and DECREED** that the pre-petition arrearage portion of claim will be reduced to accordingly, to an estimated $280.00; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor shall file an amended claim within thirty (30) days from the date of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor agrees to pay the arrearage claim of Secured Creditor through the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.