UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid & Crane LLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

Sindi Mncina, Esq. (237862017)

Order Filed on June 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Susan Zajac,**

  Debtor.

Case No.:    17-15223

Chapter:    13

Hearing Date:  6/10/2020

Judge:    Michael B. Kaplan

Recommended Local Form:    ☒ Followed    ☐ Modified

### ORDER VACATING STAY and CO-DEBTOR STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: June 10, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page **2**
Debtors:      **Susan Zajac**
Case No.:     **17-15223**
Caption of Order:   **Order Vacating Stay and Co-Debtor Stay**
_____

Upon the motion of JPMorgan Chase Bank, N.A., ("Secured Creditor") under Bankruptcy Code section 362(a) and 11 U.S.C. § 1301 for relief from the automatic stay and co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Personal property more fully described as:

2016 Mazda CX-5, JM3KE4DY6G0808355

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 is vacated.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Susan Zajac  
    Debtor

Case No. 17-15223-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 10, 2020  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.  
db         Susan Zajac,    52 Roosevelt St,    Freehold, NJ   07728-7751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:

       Albert Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kurt E. Reinheimer    on behalf of Debtor Susan Zajac kerrein66@comcast.net, G1659@notify.cincompass.com  
       Loren L. Speziale    on behalf of Creditor    Santander Bank NA lspeziale@grossmcginley.com, jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com  
       Sindi Mncina    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. smncina@rascrane.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                         TOTAL: 8